Argued and submitted July 30, affirmed November 13, 2002

BRIAN K. CORRON,
*Appellant,*

*v.*

Joan PALMATEER,
Superintendent,
Oregon State Correctional Institution,
*Respondent.*

00C-12670; A115745

57 P3d 948

Mark G. Obert filed the brief for appellant.

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, filed the brief for respondent.

Before Edmonds, Presiding Judge, and Armstrong and Kistler, Judges.

PER CURIAM

Affirmed. *Teague v. Palmateer*, 184 Or App 577, 57 P3d 176 (2002).